**IT IS ORDERED as set forth below:**



**Date: March 23, 2023**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SHAUNTELLE LAURENCIA ROBINSON | ) | CASE NO.: 21-59654 - PWB |
| | ) | |
| DEBTOR. | ) | |

**ORDER GRANTING MOTION TO RECONSIDER DISMISSAL ORDER FOR PURPOSES OF CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7**

On January 25, 2023, Matthew J. Cherney, counsel of record for the Debtor, Shauntelle Robinson, filed a Motion to Reconsider Dismissal Order for Purposes of Converting Case from Chapter 13 to Chapter 7, and set a hearing for March 1, 2023, on notice (Doc. No. 31) (the "Motion"). At the call of the calendar, no party announced opposition to the Motion, and the Chapter 13 Trustee did not voice any opposition. Accordingly, it is hereby

**ORDERED** that the Motion is ***granted***.  The Debtor's Chapter 13 case is reinstated to allow the Debtor to file a notice of conversion of her Chapter 13 case to Chapter 7.

**IT IS FURTHER ORDERED** that the Debtor shall file the notice of conversion within ten days of the entry of this Order or the case may be dismissed upon the filing of a Supplemental Report by the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and submitted by:

_____/s/_____
Matthew J. Cherney
GA Bar No. 836424
1744 Roswell Road, Suite 100
Marietta, GA 30062
P. 770.485.4141
F. 770.573.6012
E. **mcherney@cherneylawfirm.com**

No opposition by:

_____/s/_____
Brandi L. Kirkland
GA Bar No. 423627
191 Peachtreee Street, Suite 2200
Atlanta, Georgia 30303
P. 404.522.1110
F. 404.522.4448
E. **BrandiK@atlch13tt.com**

## DISTRIBUTION LIST

*TO ALL CREDITORS ON THE MAILING MATRIX